489

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (C. D. 372) crude drugs were held entitled to free entry under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

**No. 45095.**—Protests 35590–K, etc., of Sun Kwong On et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (C. D. 372) crude drugs were held entitled to free entry under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

**No. 45096.**—Protests 35365–K, etc., of Chong Lung et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (C. D. 372) crude drugs were held entitled to free entry under paragraph 1669 and drugs, sliced, at 10 percent ad valorem under paragraph 34 as claimed.

**No. 45097.**—Protests 42025–K, etc., of E. Bremermann & Co. (Baltimore).

Opinion by EVANS, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45098.**—Protest 41555–K of Joensson Import Corp. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45099.**—Protests 644078–G, etc., of B. Filippone & Co. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45100.**—Protests 486244–G, etc., of Ansonia Shipping Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 6, 1941

**No. 45101.**—Protests 957048–G, etc., of New York Merchandise Co., Inc. (New York).